Joshua H. Reisman, Esq.
Nevada Bar No. 7152
David M. Stern, Esq.
Nevada Bar No. 15335
**REISMAN·SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: dstern@rsnvlaw.com

**QUARLES & BRADY LLP**
Eric B. Johnson
Nevada Bar No. 9363
Renaissance One, Suite 600
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: 602.229.5200
Email: Eric.Johnson@quarles.com
*Attorneys for Defendants*
*Summit Air Conditioning and Heating, LLC and*
*Semper Fi Heating and Cooling LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Karen Haycox-Hornsby, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Summit Air Conditioning and Heating LLC dba Semper Fi Heating and Cooling LLC, Nevada limited liability company; Semper Fi Heating and Cooling LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 2:26-cv-03233-JAD-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT FOR DAMAGES**<br><br>(FIRST REQUEST) |

Defendants Summit Air Conditioning and Heating LLC dba Semper Fi Heating and Cooling LLC and Semper Fi Heating and Cooling LLC (collectively "Defendants") and Plaintiff Karen Haycox-Hornsby ("Plaintiff") jointly request that the Court extend Defendants' deadline to respond to Plaintiff's Complaint for Damages from October 29, 2026, through November 12, 2026. This brief extension is

requested in good faith as the parties are meeting and conferring regarding the claims asserted in the Complaint, including issues Defendants intend to raise in a motion to dismiss, and are exploring early resolution of this matter. This is the first request for an extension of this deadline. Defendants do not anticipate requesting any further extensions to respond to the Complaint for Damages.

This motion is made for good cause and not for any improper purpose.

RESPECTFULLY SUBMITTED this 29th day of October 2026.

**REISMAN SOROKAC**

By: */s/ David M. Stern, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
David M. Stern, Esq.
Nevada Bar No. 15335
REISMAN•SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123

Eric B. Johnson
Nevada Bar No. 9363
**QUARLES & BRADY LLP**
Renaissance One, Suite 600
Two North Central Avenue
Phoenix, AZ 85004-2391
*Attorneys for Defendants Summit Air Conditioning and Heating, LLC and Semper Fi Heating and Cooling LLC*

**GREENBERG GROSS LLP**

By: */s/ Michael A. Burnette, Esq.*
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff Karen Haycox-Hornsby*

**ORDER**

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: November 2, 2026